# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:16-cv-382

| | | |
|---|---|---|
| JOSHUA ALLEN BRIDGES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| T&S HARDWOODS, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Matthew J. Gilley's Application for Admission to Practice *Pro Hac Vice* of Jeffrey Andrew Lehrer. It appearing that Jeffrey Andrew Lehrer is a member in good standing with the South Carolina State Bar and will be appearing with Matthew J. Gilley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Matthew J. Gilley's Application for Admission to Practice Pro Hac Vice (#8) of Jeffrey Andrew Lehrer is

**GRANTED**, and that Jeffrey Andrew Lehrer is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Matthew J. Gilley.

Signed: January 4, 2017

Dennis L. Howell
United States Magistrate Judge